IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PRESTON TAYLOR TIMMONS,          )
                                 )
            *Plaintiff*,         )
                                 )
v                                )          Case No.:  25-1214-EFM
                                 )
SPIRIT AEROSYSTEMS,              )
                                 )
            *Defendant*.         )
_____)

**ORDER**

This Complaint was filed with a motion to proceed in forma pauperis. The Magistrate Judge ordered the Plaintiff to provide additional required financial information to consider the motion. Plaintiff did not provide that information by the deadline set by the Magistrate Judge (nor, has he at any time since). Therefore, the Magistrate Judge issued a Report and Recommendation (R&R) finding that Plaintiff was not entitled to IFP status and recommending that Plaintiff's motion for the same be denied and this case be dismissed if the required filing fee was not paid within thirty days. Plaintiff was also given fourteen days in which to file objections to the R&R. No objections were filed, and the filing fee was not paid. Therefore, the Court determines that this case should be dismissed.

IT IS THEREFORE ORDERED the Report and Recommendation, Doc. 5, is ADOPTED and this case is dismissed.

IT IS SO ORDERED.

Dated this 13th day of March, 2026.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE